# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

      Respondent

v.

SAMIR SAUNDERS,

      Petitioner

: No. 380 MAL 2021
:
:
: Petition for Allowance of Appeal
: from the **Unpublished**
: **Memorandum and Order** of the
: Superior Court at No. 1679 EDA
: 2019 entered on March 22, 2021,
: **affirming, vacating and**
: **remanding** the Judgment of
: Sentence of the Bucks County Court
: of Common Pleas at No. CP-09-CR-
: 0002212-2018 entered on April 26,
: 2019

COMMONWEALTH OF PENNSYLVANIA,

      Respondent

v.

TIMOTHY DESHAN DAVIS,

      Petitioner

: No. 381 MAL 2021
:
:
: Petition for Allowance of Appeal
: from the **Unpublished**
: **Memorandum and Order** of the
: Superior Court at No. 1572 EDA
: 2019 entered on March 22, 2021,
: **affirming, vacating and**
: **remanding** the Judgment of
: Sentence of the Bucks County Court
: of Common Pleas at No. CP-09-CR-
: 0004661-2017 entered on May 3,
: 2019

COMMONWEALTH OF PENNSYLVANIA,

      Respondent

v.

VERNON GEORGE KLINE,

      Petitioner

: No. 382 MAL 2021
:
:
: Petition for Allowance of Appeal
: from the **Unpublished**
: **Memorandum and Order** of the
: Superior Court at No. 1180 EDA
: 2019 entered on March 22, 2021,
: **affirming, vacating and**
: **remanding** the Judgment of
: Sentence of the Bucks County Court
: of Common Pleas at No. CP-09-CR-

|  |  |
|---|---|
|  | : 0007906-2017 entered on July 30,<br>: 2018 |
| COMMONWEALTH OF PENNSYLVANIA, | : No. 383 MAL 2021 |
|  | : |
| Respondent | : |
|  | : |
|  | : Petition for Allowance of Appeal |
|  | : from the **Unpublished** |
| v. | : **Memorandum and Order** of the |
|  | : Superior Court at No. 1184 EDA |
|  | : 2019 entered on March 22, 2021, |
| KEITH THOMAS MORRIS, | : **vacating and remanding** the Order |
|  | : of the Bucks County Court of |
| Petitioner | : Common Pleas at No. CP-09-CR- |
|  | : 0005089-2017 entered on March 18, |
|  | : 2019 |
|  | : |
| COMMONWEALTH OF PENNSYLVANIA, | : No. 384 MAL 2021 |
|  | : |
| Respondent | : |
|  | : |
|  | : Petition for Allowance of Appeal |
|  | : from the **Unpublished** |
| v. | : **Memorandum and Order** of the |
|  | : Superior Court at No. 1218 EDA |
|  | : 2019 entered on March 22, 2021, |
| CHRISTOPHER L. HENNEGHAN, | : **vacating and remanding** the Order |
|  | : of the Bucks County Court of |
| Petitioner | : Common Pleas at No. CP-09-CR- |
|  | : 0007376-2017 entered on March 18, |
|  | : 2019 |
|  | : |
| COMMONWEALTH OF PENNSYLVANIA, | : No. 385 MAL 2021 |
|  | : |
| Respondent | : |
|  | : |
|  | : Petition for Allowance of Appeal |
|  | : from the **Unpublished** |
| v. | : **Memorandum and Order** of the |
|  | : Superior Court at No. 1243 EDA |
|  | : 2019 entered on March 22, 2021, |
| DARRIUS J. PRINCE, | : **affirming, vacating and** |
|  | : **remanding** the Judgment of |
| Petitioner | : Sentence of the Bucks County Court |
|  | : of Common Pleas at No. CP-09-CR- |
|  | : 0000025-2018 entered on August 6, |
|  | : 2018 |

## <u>ORDER</u>

**PER CURIAM**                                        **DECIDED: August 9, 2024**

    **AND NOW**, this 9th day of August, 2024, the Petitions for Allowance of Appeal are **GRANTED**, the orders of the Superior Court are **VACATED**, and the cases are **REMANDED** to the Superior Court for reconsideration in light of the Court's decision in *Commonwealth v. Torsilieri*, __ A.3d __, 2024 WL 2789201 (Pa. filed May 31, 2024).